# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

Nos. 97-1837

_____

Victor Orlowski,                      *
                                      *
    Plaintiff - Appellant,            *
                                      *
Sharon Orlowski,                      *
                                      *
    Plaintiff,                        *
                                      *
    v.                                *
                                      *
Milton Morrison; Roger Morrison;      *
Richard Morrison; Kenneth Morrison;   *
Susan M. Morrison Roberts; Gretchen   *
Roberts; Robert Foersterling,         *
                                      *
    Defendants - Appellees.           *
                                      *

_____

Nos. 97-3990

_____

Appeals from the United States
District Court for the
Eastern District of Missouri.

Victor Orlowski; Sharon Orlowski,     *          [UNPUBLISHED]
                                      *
    Plaintiffs - Appellants,          *
                                      *
    v.                                *
                                      *
Milton Morrison; Roger Morrison;      *
Richard Morrison; Kenneth Morrison;   *
Susan M. Morrison Roberts; Gretchen   *

Roberts,                               *
    Defendants,                      *
                              *

Robert Foersterling,                   *
                              *

    Defendant - Appellee.            *

_____

Submitted: May 14, 1998
Filed:   June 2, 1998

_____

Before BEAM, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Victor and Sharon Orlowski filed this diversity action against the defendants after disputes arose related to their business arrangements. The district court[1] granted summary judgment in favor of all the defendants, and the Orlowskis sought to amend their complaint against the Morrisons. The district court withdrew permission to file an amended complaint after a chambers conference revealed that the Morrisons had not agreed to the amendment, contrary to the representations of the plaintiffs. The Orlowskis now appeal from the judgments in favor of the defendants and the denial of leave to amend their complaint. After a careful review of the record, we find no error and affirm. See 8th Cir. R. 47B.

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.